201502082
jac

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

| | |
|---|---|
| IN RE: | Case No. 14-50717 |
| RYAN BRADLEY EDWARDS<br>DBA RYAN MARINE, LLC<br>LESLIE JOANNA EDWARDS | Chapter 7<br><br>Chief Judge Thomas Fulton |
| Debtor(s). | **MOTION OF WELLS FARGO BANK, N.A.<br>FOR ABANDONMENT (PROPERTY<br>LOCATED AT 1530 SPRING CREEK DRIVE,<br>MURRAY, KY 42071)** |

Now comes Wells Fargo Bank, N.A. (the "Movant") moves this Court, under §§ 363, 554 and all other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rule 6007 and other rules of the Federal Rules of the Bankruptcy Procedure (the "Bankruptcy Rules") for an Order for abandonment of the property under § 554 of the Bankruptcy Code. In support of this Motion, the movant states:

### MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. Prior to the filing of this bankruptcy petition, Debtor(s) executed a promissory note (the "Note") which is in the possession of Movant.

1

3. To secure payment of the Note and performance of the other terms contained in it, the debtors executed a Mortgage (the "Security Agreement"). The Security Agreement granted a lien on the real and/or personal property (the "Collateral") owned by the debtors, located at 1530 Spring Creek Drive, Murray, KY 42071 and more fully described in the Security Agreement. The lien was duly perfected by the recording of the Security Agreement in the County Clerk's Records.

4. The Movant is entitled to enforce the Note and Security Agreement. The documents establishing this right are attached hereto and include the Note, applicable endorsement(s) and/or allonges, if any; and the Security Agreement and any applicable assignment(s). Movant is the holder of the original Note. Possession of the original note gives Creditor standing to enforce the obligations secured thereby. *Stevenson v. Bank of Am.*, 359 S.W.3d 466, 470 (Ky. Ct. App. 2011).

5. The Debtor's schedules have the value of the Collateral as $329,900.00.

6. Other persons/entities that may claim an interest in the Collateral:

   Heritage Bank by virtue of a Second Mortgage in the amount of $149,000.00.

7. As of October 13, 2015, there is currently due and owing on the Note the outstanding balance of $283,215.10, plus interest accruing thereon at the rate of 5.875% per annum along with any fees, costs, escrow advances or other expenses that may have been incurred since the petition date as are allowed by law.

8. The Movant is entitled to an order Abandoning the real estate under § 554 for these reasons: **There is no equity in the property for the benefit of the unsecured creditors, the property is burdensome to the estate, and it is of inconsequential value and benefit for the estate.**

9.  The Movant is entitled to relief from the automatic stay under §§ 362(d)(1) and/or 362(d)(2) as Creditor lacks adequate protection as to its secured interest in the Collateral and there is little or no equity in the Collateral for the benefit of the estate.

10. Movant has attached as "A", a copy of the proof of claim filed in this case by Movant, along with copies of the supporting documents establishing the Movant's perfected security interest in the above described collateral.

WHEREFORE, Movant prays that the automatic stay imposed by 11 U.S.C. § 362 be terminated in all respects as against said Movant, and its successors and assigns; and that the Trustee's interest be abandoned pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007(b) and LBR 4001-1.

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
wkybk@lsrlaw.com

## NOTICE AND OPPORTUNITY FOR HEARING

The undersigned certifies that a copy of the foregoing Motion for Abandonment of Property was electronically transmitted on October 16, 2015 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

A hearing will be held only in the event a written responsive objection is timely filed and served.

Hon. Steve Vidmer, Attorney for Debtor
309A North 4th St
Murray, KY 42071
svidmerbr@gmail.com

Deborah Simon, Trustee
U.S. Bank Building 333 Broadway
Suite 607
Paducah, KY 42001-0720
trustee@dbsimonlaw.com

Office of the U.S. Trustee
512 Gene Snyder Courthouse
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

4

The undersigned certifies that a copy of the foregoing Motion for Abandonment of Property was transmitted on October 16, 2015 via regular U.S. mail, postage pre-paid:

Ryan Bradley Edwards
dba Ryan Marine, LLC
123 Broyles Lane
Cape Girardeau, MO 63701

Leslie JoAnna Edwards
123 Broyles Lane
Cape Girardeau, MO 63701

Heritage Bank
210 N. 12th Street
Murray, KY 42071

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
wkybk@lsrlaw.com

5