201502082
jac

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

| | |
|---|---|
| IN RE: | Case No. 14-50717 |
| RYAN BRADLEY EDWARDS<br>DBA RYAN MARINE, LLC<br>LESLIE JOANNA EDWARDS | Chapter 7<br><br>Chief Judge Thomas Fulton |
| Debtor(s). | **ORDER GRANTING MOTION FOR ABANDONMENT OF THE PROPERTY OF WELLS FARGO BANK, N.A. (PROPERTY ADDRESS: 1530 SPRING CREEK DRIVE, MURRAY, KY 42071)** |

This matter is before the Court upon the Motion for Abandonment of Property filed herein by the secured creditor, Wells Fargo Bank, N.A. and it appearing to the Court that the debtors, Debtors' counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken; accordingly

1

IT IS HEREBY ORDERED that the property described above is DEEMED ABANDONED.

SUBMITTED BY:
/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349
LERNER, SAMPSON & ROTHFUSS
Attorney(s) for Movant
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
wkybk@lsrlaw.com

COPIES TO:

Joel K. Jensen - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
wkybk@lsrlaw.com
VIA ELECTRONIC SERVICE

Steve Vidmer, Esq., Attorney for Debtor
309A North 4th St
Murray, KY 42071
svidmerbr@gmail.com
VIA ELECTRONIC SERVICE

Ryan Bradley Edwards - Debtor
dba Ryan Marine, LLC
123 Broyles Lane
Cape Girardeau, MO 63701
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Leslie JoAnna Edwards - Debtor
123 Broyles Lane
Cape Girardeau, MO 63701
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Heritage Bank - Creditor
210 N. 12th Street
Murray, KY 42071
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Deborah B. Simon - Trustee
U.S. Bank Building 333 Broadway
Suite 607
Paducah, KY 42001-0720
trustee@dbsimonlaw.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
512 Gene Snyder Courthouse
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE